ROBERT B. SALLEY, ESQ., STATE BAR NO.: 132883
**THARPE & HOWELL**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, CA 91403**
**Telephone: (818) 205-9955**
**Fax: (818) 205-9944**
**e-mail: rsalley@tharpe-howell.com**

Attorneys for Defendants,
J.B. HUNT TRANSPORT SERVICES, INC.; and J.B. HUNT TRANSPORT, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG FIRE AND MARINE INSURANCE, <br><br> Plaintiffs, <br><br> v. <br><br> J.B. HUNT TRANSPORTATION SERVICES, INC.; J.B. HUNT TRANSPORT, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: CV 08-821 PA (JTLx) <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED, that pursuant to the Stipulation of the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to F.R.C.P. Rule 41(a)(1).

DATED: _January 8, 2009_ _____, ~~2008~~

HONORABLE PERCY ANDERSON,
UNITED STATES DISTRICT JUDGE

I:\22084\Pleadings\ORDER OF DISMISSAL.wpd

- 1 -

Samsung v. J.B. Hunt Transportation
Case No.: